# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| ACHIRI NELSON GEH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.:  4:19-cv-1444-MHH-SGC |
| | ) | |
| JONATHAN HORTON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On December 20, 2019, the magistrate judge filed a report in which she recommended that the Court grant the pending unopposed motion to dismiss this § 2241 habeas action. (Docs. 11, 12).  The magistrate judge explained that this habeas action is moot because of Mr. Geh's release from custody on an order of supervision. (Doc. 12).  No party has objected to the recommendation.

Having reviewed the materials in the record in this case, the Court adopts the magistrate judge's report and accepts her recommendation.  Because Mr. Geh has been released from custody on an order of supervision, the Court no longer may provide meaningful relief in this habeas action.  Therefore, Mr. Geh's petition for a writ of habeas corpus is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  By separate order, the Court will grant the pending unopposed motion to dismiss.

**DONE** this 12th day of February, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE